# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141000 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JULIE CHRISTINE LAEL BAUMER,
      Defendant-Appellee.

_____/

SC: 141000
COA: 295481
Macomb CC: 2004-002096-FH

On order of the Court, the motion for immediate consideration is GRANTED. We ORDER that trial court proceedings are stayed until further order of the Court. The application for leave to appeal the April 12, 2010 order of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2010

_____
Clerk

p0511